UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM DENNIS DUNNE, | ) | 1:03-cv-05193-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 17) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| PAUL M. SCHULTZ, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO ENTER** |
| | ) | **JUDGMENT FOR RESPONDENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On March 2, 2005, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and judgment be entered in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 11, 2005, Petitioner filed objections to the Findings and Recommendation.

//

/

1

1  In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, including Petitioner's
4  objections, the Court concludes that the Magistrate Judge's
5  Findings and Recommendation are supported by the record and proper
6  analysis.  Petitioner's objections present no grounds for
7  questioning the Magistrate Judge's analysis.  As explained by the
8  Magistrate Judge, because the date for the abolition of the Parole
9  Commission has been extended to October 31, 2005, the Parole
10 Commission is not required to set a parole date pursuant to the
11 requirements of Section 235(b)(3) for any prisoner, including
12 petitioner, at this time. See Stange v. U.S. Parole Commission, 875
13 F.2d 760, 762 (9th Cir. 1989).
14     Accordingly, IT IS HEREBY ORDERED that:
15     1.   The Findings and Recommendation, filed March 2, 2005, are
16 ADOPTED IN FULL;
17     2.   The Petition for Writ of Habeas Corpus is DENIED; and,
18     3.   The Clerk of Court ENTER judgment in favor of Respondent.
19 IT IS SO ORDERED.
20 **Dated:   June 15, 2005**                     **/s/ Anthony W. Ishii**
   0m8i78                                        UNITED STATES DISTRICT JUDGE